ENTERED ON DOCKET 11/1/01
PURSUANT TO FRCP 58 & 79a

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:   Rio Piedras Explosion Litigation

CIVIL CASE   96-2443 (CCC)

CIVIL CASE   97-2319 (CCC)

RECEIVED & FILED
OCT 31 2001
OFFICE-CLERK U.S. DIST. CT.
SAN JUAN, PR

## PARTIAL JUDGMENT

Pursuant to the Order entered on August 28, 2001 granting docket entry #3146, the claims of **Juan Carlos Angeles-Fernandez, Jesus Alberto Carrasco-Fernandez, Sol Estela Ayala, Ana Virginia Fernandez-Carrera, Ciano Antonio Fernandez Carrera, Daniel Fernandez-Carrera, Elizabeth Fernandez-Carrera, Elpidio Fernandez-Carrera, Jorge Alberto Fernandez-Carrera, Jorge Luis Fernandez-Carrera, Maria Mercedes Fernandez-Carrera, Santa Celestina Fernandez-Carrera, Maria Florinda Carrera, Juan Ramon Fernandez and Luis Antonio Santana-Fernandez** are dismissed from said action, with prejudice.

In San Juan, Puerto Rico, this 21th day of September, 2001.

Frances Rios de Moran
Clerk of Court

Deputy Clerk